UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81848-CIV-MARRA

JUAN GOMEZ and DHARMA
FOUNDATION, INC.,

Plaintiffs,

vs.

FEDERAL DEPOSIT INSURANCE CO.,
et al.,

Defendants.

---

**ORDER**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint is to be perfected upon the defendants within 90 days after the filing of the complaint. A review of the court record reveals that the complaint in the present action was filed on November 7, 2016 [DE 1], and there is no indication that Defendants have been served. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Within twenty (20) days from the date of this Order, the Plaintiff shall either perfect service upon Defendants in the above-styled cause or show good cause as to why service has not been perfected.

2. Failure to comply with this Order shall result in the dismissal of the present action, without prejudice.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of March, 2017.

KENNETH A. MARRA
United States District Judge